| | |
|---|---|
| 1 | ALEXANDER B. CVITAN (SBN 81746), and |
| 2 | Email: alc@rac-law.com<br>AARON G. LAWRENCE (SBN 258823), of |
| 3 | Email: aaronl@rac-law.com<br>REICH, ADELL & CVITAN, A Professional Law Corporation |
| 4 | 330 N. Brand Blvd., Suite 250<br>Glendale, California  91203 |
| 5 | Telephone: (213) 386-3860, Facsimile: (2l3) 386-5583<br>Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>          v.<br><br>SOUTHWEST DIRECTIONAL, a California corporation also known as and doing business as SOUTHWEST DIRECTIONAL INC.; SOUTHWEST DIRECTIONAL DRILLING, INC., a California corporation; RUBEN ARZATE, an individual; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>                    Defendants. | CASE NO.: 5:24-cv-02421 CAS-SP<br><br>**DECLARATION OF AARON G. LAWRENCE IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT AGAINST REMAINING DEFENDANTS SOUTHWEST DIRECTIONAL DRILLING, INC. AND RUBEN ARZATE**<br><br>[Fed.R.Civ.P. 55(b)(2)]<br><br>DATE:    June   , 2025<br>TIME:    10:00 a.m.<br>JUDGE:   Christina A. Snyder<br>CRTM:    8D, 8th Floor<br>PLACE:   350 W. 1st Street<br>         Los Angeles, CA 90012 |

# DECLARATION OF AARON LAWRENCE

I, AARON LAWRENCE, do hereby declare as follows:

1. [Identity; Purpose] I am an attorney duly licensed to practice law in the State of California and duly admitted to practice in the United States District Court for the Central District of California. I am a member of Reich, Adell & Cvitan, attorneys of record for the plaintiff Construction Laborers Trust Funds for Southern California Administrative Company, a Delaware limited liability company ("CLTF"). I make this declaration in support of CLTF's above-captioned motion pursuant to Federal Rule of Civil Procedure 55(b)(2) against the two remaining defendants.

2. [Knowledge] The facts herein are within my personal knowledge. I could competently testify to them if called up to do so.

3. [Remaining Defendants in Default] On April 3, 2025 Default was entered against Defendant SOUTHWEST DIRECTIONAL DRILLING, INC., a California corporation ("SW DRILLING") and RUBEN ARZATE, an individual ("PRINCIPAL"), for their failure to answer or otherwise respond to CLTF's complaint. [See ECF. No. 25 (entry of default against SW DRILLING and PRINCIPAL).]

4. [Status as to Other Defendants] CLTF has also, in this action, sued SOUTHWEST DIRECTIONAL, a California corporation also known as and doing business as SOUTHWEST DIRECTIONAL INC. ("EMPLOYER"). The clerk previously entered default against EMPLOYER [ECF No. 13 (Entry of default against EMPLOYER)], and on March 27, 2025 the Court subsequently granted default judgment against EMPLOYER. [See ECF No. 22 (Order granting default judgment

against EMPLOYER)]. CLTF also originally sued EMPLOYER's surety, AMERICAN CONTRACTORS INDEMNITY COMPANY, but that claim has been resolved, and dismissed. [ECF No. 11.] The instant Motion addresses all remaining defendants and, if granted, will fully resolve this action.

5.  [Incompetent Person/Military Service] SW DRILLING is a corporation, not a natural person. It is therefore not an infant or incompetent person and the Servicemembers Civil Relief Act (50 App. U.S.C. § 521) does not apply to it. Upon information and belief, the PRINCIPAL is not an infant or incompetent person. I submitted a request to the Servicemembers Civil Relief Act Centralized Verification Service for a search to confirm that PRINCIPAL is not in the military. I received a response which indicates that the search did not find any evidence that the PRINCIPAL is in any branch of the United States Military. There is no evidence that the Servicemembers Civil Relief Act (50 U.S.C. App. 521) applies to him. The results of the search, including an affidavit, are attached hereto as Attachment A.

6.  [Notice] Neither SW DRILLING nor PRINCIPAL have appeared in this action. Thus, no notice to it is required under the Federal Rule of Civil Procedure 55(b)(2). Notice has nonetheless been given to both by mail, as shown by proofs of service attached to CLTF's motion documents. The address served is the address designated by SW DRILLING as the address for its agent for service of process in its filings with the California Secretary of State, and was the address at which the complaint was served. The address served is the last known address for PRINCIPAL, and was the address at which the complaint was served.

7.  [Costs] The Court has already ordered EMPLOYER to reimburse CLTF for its filing fee for filing this action. Beyond that amount, the costs attributable to SW DRILLING and PRINCIPAL are as follows:

- CLTF incurred $290.38 in charges from its process server for service of process on SW DRILLING. [ECF No. 15, at p. 3 ("Fee for service: $290.38).]
- CLTF incurred $118.88 in charges from its process server for service of process on PRINCIPAL. [ECF No. 16, at p. 3 ("Fee for service: $118.88").]

8.  [No Response] As of the date of this declaration, neither SW DRILLING nor PRINCIPAL have filed a response to CLTF's complaint or requested an extension of time to respond.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of May, 2025, at Glendale, California.

                                          AARON LAWRENCE